STATE of Missouri, Respondent,

v.

Stanford GREENWOOD, Appellant.

Stanford GREENWOOD, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 66395, 69049.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 17, 1996.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Stanford Greenwood appeals the judgment entered upon his conviction by a jury of first degree robbery. Defendant also appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is

affirmed pursuant to Rules 84.16(b) and 230.25(b).